# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL BARTHOLOMEW CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION NO. 19-00140-JB-N |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court. It is ORDERED that the unsigned Complaint is stricken pursuant to Rule 11, and the action is DISMISSED without prejudice for that reason and for Plaintiff's failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 10th day of October, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE